No. 75–5849.  WARREN *v.* AARON, WARDEN, ET AL. C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–5876.  DORSZYNSKI *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–5963.  EDGE *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–792.  NORTHSIDE REALTY ASSOCIATES, INC., ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 75–821.  BUSH *v.* UNITED STATES.  C. A. 7th Cir. Motion for oral argument on whether certiorari should be granted denied.  Certiorari denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of this motion and petition.

No. 75–846.  HUNTER, MAYOR OF YOUNGSTOWN, ET AL. *v.* FRATERNAL ORDER OF POLICE, YOUNGSTOWN LODGE No. 28, ET AL.  Ct. App. Ohio, Mahoning County.  Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE BLACKMUN would deny certiorari, it appearing that the judgment below rests upon adequate state grounds.

No. 75–865.  TERRIBERRY ET AL. *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE WHITE and MR. JUSTICE POWELL would grant certiorari.